■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERWAN B. McFARLEY, Appellant. (Appeal No. 2.) [40 NYS3d 340]—Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered December 4, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v McFarley* ([appeal No. 1] 144 AD3d 1521 [2016]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.